1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3  TAMER B. BOTROS
   Nevada Bar No. 12183
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Tamer.Botros@usdoj.gov

7  *Attorneys for Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN J. BOLIN,<br><br>           Plaintiff,<br><br>      v.<br><br>the NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>           Defendant. | Case No. 3:25-cv-00043-CLB<br><br>**Order Granting Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint** |

      Plaintiff Stephen J. Bolin, and the National Archives and Records Administration (the "Parties") stipulate to and request a 45-day extension of time for the Defendant to file an answer or respond to Plaintiff's Complaint, from February 24, 2025, to April 10, 2025.

      This extension is made in good faith. The Parties have been in communication regarding the best way to litigate this case. This extension will allow the undersigned counsel the additional time needed to review all materials and or evidence from its client agency, National Archives and Records Administration.

      Accordingly, the Parties respectfully request that the deadline for the Defendant to file an answer or respond to Plaintiff's Complaint be extended to **April 10, 2025.**

Respectfully submitted this 21st day of February 2025.

| | |
|---|---|
| STEPHEN J. BOLIN | SUE FAHAMI <br> Acting United States Attorney |
| */s/ Stephen J. Bolin* <br> STEPHEN J. BOLIN <br> 101 Bartlett Street <br> Reno, NV 89512 <br><br> *Pro se* | */s/ Tamer B. Botros* <br> TAMER B. BOTROS <br> Assistant United States Attorney <br><br> *Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  February 21, 2025